**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
BORIS CCOYLLO ASTO,

              Petitioner,

   - against -

ANTHONY J. LAROCCO; WILLIAM JOYCE;
TODD LYONS; MARKWAYNE MULLIN; and
PAMELA BONDI,

              Respondents.
----------------------------------------------------------X

**JUDGMENT**
CV 26-1338 (RER)

      An Order of Honorable Ramon E. Reyes, Jr., United States District Judge, having been filed on March 13, 2026; granting Petitioner's Petition for a writ of habeas corpus; ordering Respondents to release Petitioner from custody, and to submit a letter on the docket as soon as possible but no later than 10:00 A.M. on March 16, 2026 confirming Petitioner's release; and directing the Clerk of Court to enter final judgment and close the case once the notice of release is received by the Court, it is

      **ORDERED AND ADJUDGED** that the petition for a writ of habeas is granted; that Respondents are ordered to release Petitioner Boris Ccoyllo Asto from custody, and to submit a letter on the docket as soon as possible but no later than 10:00 A.M. on March 16, 2026 confirming Petitioner's release; that notice of release was received and that this case is closed.

Dated: March 19, 2026
       Central Islip, New York

                           BRENNA B. MAHONEY
                           CLERK OF COURT

              By:    /s / Jazmin M. Cubano
                     Deputy Clerk

.