**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------X

BORIS CCOYLLO ASTO,

        Petitioner,

  - against -

ANTHONY J. LAROCCO; WILLIAM JOYCE;
TODD LYONS; MARKWAYNE MULLIN; and
PAMELA BONDI,

        Respondents.

------------------------------------------------------X

**AMENDED JUDGMENT**
CV 26-1338 (RER)

An Order of Honorable Ramon E. Reyes, Jr., United States District Judge, having been filed on March 13, 2026; granting Petitioner's Petition for a writ of habeas corpus; ordering Respondents to release Petitioner from custody, and to submit a letter on the docket as soon as possible but no later than 10:00 A.M. on March 16, 2026 confirming Petitioner's release; and directing the Clerk of Court to enter final judgment and close the case once the notice of release is received by the Court, it is

**ORDERED AND ADJUDGED** that the petition for a writ of habeas is granted; that Respondents are ordered to release Petitioner Boris Ccoyllo Asto from custody, and to submit a letter on the docket as soon as possible but no later than 10:00 A.M. on March 16, 2026 confirming Petitioner's release; that notice of release was received and that this case is closed.

Dated: March 25, 2026
      Brooklyn, New York

Approved by: /s/ *Ramón E. Reyes, Jr*
         RAMON E. REYES, JR.
         United States District Judge

Dated: March 25, 2026
      Central Islip, New York

Approved by: _____
         BRENNA B. MAHONNEY
         Clerk of Court